IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JEDIDIAH MURPHY,<br>　　*Plaintiff*,<br><br>v.<br><br>ALEXANDER JONES, et al.,<br>　　*Defendants*. | §<br>§<br>§　CIV. ACT. NO. 1:23–CV–1170<br>§　**DEATH PENALTY CASE**<br>§<br>§<br>§<br>§ |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant appeals to the United States Court of Appeals for the Fifth Circuit from this Court's October 6, 2023 order granting Plaintiff's motion for a stay of execution.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KEN PAXTON
　　　　　　　　　　　　　　　　Attorney General of Texas

　　　　　　　　　　　　　　　　BRENT WEBSTER
　　　　　　　　　　　　　　　　First Assistant Attorney General

　　　　　　　　　　　　　　　　JOSH RENO
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　for Criminal Justice

　　　　　　　　　　　　　　　　EDWARD L. MARSHALL
　　　　　　　　　　　　　　　　Chief, Criminal Appeals Division

　　　　　　　　　　　　　　　　/s/ Ali M. Nasser
　　　　　　　　　　　　　　　　ALI M. NASSER*
*Lead Counsel　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　District Attorney Pro tem
　　　　　　　　　　　　　　　　State Bar No. 24098169

　　　　　　　　　　　　　　　　P. O. Box 12548, Capitol Station

                Austin, Texas 78711
                (512) 936-1400
                (512) 936-1280 (FAX)

                ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I do herby certify that on October 6, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Catherine Clare Bernhard
Law Office of Catherine Clare Bernhard
P.O. Box 506
Seagoville, TX 75159
972-294-7262
Fax: 972-421-1604
Email: cbernhard@sbcglobal.net

Katherine Froyen Black
Attorney At Law
205 Blue Ridge Trail
Austin, TX 78746
415-847-6127
Email: kfroyen@gmail.com

Russell David Hunt , Jr.
Russell D. Hunt, Jr. Attorney at Law
310 South Austin Avenue
Georgetown, TX 78626
(512)474-5114
Fax: (512)857-0746
Email: admin@russhuntjrlaw.com

Joshua Neal Humphreys
City of Arlington, City Attorney's Office
101 South Mesquite Street, Suite 300
Arlington, TX 76010
512-799-2918
Email: josh.humphreys@arlingtontx.gov

                                                                             s/ Ali M. Nasser
                                                                             ALI M. NASSER
                                                                             District Attorney Pro Tem
                                                                             Assistant Attorney General