# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 07, 2023

Ms. Catherine Clare Bernhard
P.O. Box 506
Seagoville, TX 75159

Ms. Katherine Froyen Black
205 Blue Ridge Trail
Austin, TX 78746

Mr. Russell David Hunt Jr.
310 S. Austin Avenue
Georgetown, TX 78626

        No. 23-70005    Murphy v. Nasser
                        USDC No. 1:23-CV-1170

Dear Ms. Bernhard, Ms. Black, and Mr. Hunt,

In reference to the above, the Appellee's brief/response to the motion to vacate the stay of execution is due Sunday, October 8, 2023, at 3:00 p.m.  If you have any question, please fee free to contact me on my cell at 504-421-6178, or at the number below.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705

cc:  Mr. Ali Mustapha Nasser