# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 09, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-70005   Murphy v. Nasser
                      USDC No. 1:23-CV-1170

Enclosed is the opinion entered in the case captioned above.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Monica R. Washington, Deputy Clerk
                      504-310-7705

Ms. Catherine Clare Bernhard
Ms. Katherine Froyen Black
Mr. Philip Devlin
Mr. Russell David Hunt Jr.
Mr. Ali Mustapha Nasser